```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
        NASHVILLE DIVISION
```

RALPH BLACKWELL,                )
                                )
        Plaintiff               )
                                )    No. 3:13-0079
v.                              )    Judge Nixon/Brown
                                )    **Jury Demand**
BFI WASTE SERVICES, LLC,        )
                                )
        Defendant               )

### **O R D E R**

A telephone conference was held with the parties in this matter on August 12, 2013. Plaintiff's counsel advised that he contemplated taking several more depositions and the parties believe that a little additional time should be provided to complete discovery.

Accordingly, the deadlines set in Docket Entry 14 are amended to provide that all discovery will close on **November 1, 2013**.

Dispositive motions will be due **November 18, 2013**. Responses shall be filed within **21 days** after service. Briefs shall not exceed **25 pages** without leave of Court. Optional replies, limited to **five pages**, shall be filed within **seven days** after service of the response. If dispositive motions are filed early, the response and reply dates are moved up accordingly.

The Magistrate Judge discussed with the parties the possibility of alternative dispute resolution (ADR) and they are advised that the Magistrate Judge stands ready to assist with ADR at any point. If the parties do request assistance with ADR they

should do so as soon as practicable as there is really no additional time the Magistrate Judge can allow for discovery or dispositive motions without changing the trial date.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge