# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| RALPH BLACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:13-cv-00079 |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Brown |
| BFI WASTE SERVICES, LLC | ) | |
| | ) | **JURY DEMAND** |
| Defendant. | ) | |

## ORDER

The parties to this action have filed a joint Stipulation of Dismissal with Prejudice, stipulating—pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)—to the voluntary dismissal with prejudice of the action, with each party to bear its own costs and fees. (Doc. No. 16.) Accordingly, this action is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk of the Court to close this case.

It is so ORDERED.

Entered this the 31st day of October, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT